**Order entered October 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01215-CV

### IN RE TEXAS HEALTH RESOURCES, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-02252**

## ORDER

Based on the Court's opinion of this date, we **GRANT** relator's unopposed motion to reinstate and dismiss original proceeding, **ORDER** this original proceeding reinstated as of this date, and **DISMISS** the original proceeding. We **ORDER** relator to pay the costs of this original proceeding, if any.

/s/ BILL WHITEHILL
JUSTICE